1  YOUNG CHO
   ATTORNEY AT LAW: 189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670-4756
   562/868-5886
4  FAX: 562/868-5491

5  ATTORNEY FOR PLAINTIFF
   ROY R. DE LEON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY R. DE LEON, | Case No.: 1:09-CV-00759-DLB |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter with prejudice, each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

DATE: December 21, 2009

_____/s/ Dennis L. Beck_____
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE